JAMES F. CLAPP (145814)
DOSTART CLAPP GORDON & COVENEY, LLP
4370 La Jolla Village Dr. Ste. 970
San Diego, California 92122
Tel. (858) 623-4200; Fax. (858) 623-4299

JEFFREY G. SMITH (133113)
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Tel. (212) 545-4600; Fax. (212) 545-4653

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUITA BAHRAMIPOUR, AUSTIN HEBERGER, JR., and JANELLA HAIRSTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC.,<br><br>Defendant. | Case No. C 04-04440 CW<br>Case No. C 07-801 CW<br><br>**NOTICE OF FILING SUPPLEMENTAL SPECIAL MASTER'S REPORT**<br><br>Hon. Claudia Wilken |
| LARRY A. LaVOICE, DONITA A. WILLIAMS, KENNETH W. GLICK, LEWIS SHAPIRO, and FRANCIS P. HEATH, MARK BRAHNEY, TERRY FOX, KEITH GILLMAN, STEVEN KOLODNER, ANGELO MASSARO, RONALD ROSENZWEIG, ROBERT SCRABIS, and JOSEPH BLOOD, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC.<br><br>Defendant. | |

Pursuant to the Court's July 2, 2007 Order, the Class Representatives hereby file the "Supplemental Report, Findings and Recommendations of the Special Master," dated August 15, 2007.

Dated: August 17, 2007

DOSTART CLAPP GORDON & COVENEY, LLP

_____
JAMES F. CLAPP
Co-Lead Class Counsel and Attorneys for
Austin Heberger, Jr. and Janella Hairston

Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287

Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUITA BAHRAMIPOUR, AUSTIN HEBERGER, JR., and JANELLA HAIRSTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC.,<br><br>Defendant. | CASE NO. C 04-04440 CW<br>CASE NO. C 07-801 CW<br><br>SUPPLEMENTAL REPORT, FINDINGS AND RECOMMENDATIONS OF THE SPECIAL MASTER<br><br>JAMS Reference No. 1100050285 |
| LARRY A. LaVOICE, DONITA A. WILLIAMS, KENNETH W. GLICK, LEWIS SHAPIRO, and FRANCIS P. HEATH, MARK BRAHNEY, TERRY FOX, KEITH GILLMAN, STEVEN KOLODNER, ANGELO MASSARO, RONALD ROSENZWEIG, ROBERT SCRABIS, and JOSEPH BLOOD, individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC.<br><br>Defendant. | |

I

The undersigned was appointed by the Honorable Claudia Wilken, United States District Judge, as a Special Master to hold a hearing, make appropriate findings, and make recommendations to the Court regarding the allocation of the settlement proceeds among the members of the plaintiff class. The Special Master did so and submitted his report, findings and recommendations on April 26, 2007. The Special Master is advised that the Court adopted the report on May 11, 2007.

Subsequently, defendant's counsel informed class counsel that the calculation of the work months that had been provided to class counsel and to the Special Master by an outside consultant contained a material error. The error was mathematical in nature, regarding the methodology for computing the work months, and resulting in a substantial increase in the total number of work months - and hence an increase in the total amount of the claims. The parties therefore negotiated a modification to their settlement agreement in order to increase funds available for the class claimants.

On July 2, 2007 Judge Wilkin entered an order approving the changes in the settlement agreement. As a part of that order, the Court directed the parties to again confer with the Special Master and to ask the undersigned to reconfirm his allocation plan, if appropriate in light of the corrected work month data. The Court also provided that the parties could meet informally with the Special Master without the need for an in-person hearing on the record.

Counsel for the class and counsel for defendant did confer informally with the Special Master, and additional data was presented to the Special Master as a result of the correction of the error.

II

The Special Master has reviewed the original Report, Findings and Recommendations and the new data, and in this Supplemental Report reconfirms the allocation made in the original report, pages 7-8. The Special Master is of the opinion that the mathematical correction does not require any change in the allocation formula. The reasons for that conclusion are the following:

The proposed allocation formula provided for an allocation among three groups of claimants: (1) class members in the State of California, (2) class members in approximately 20

states that have wage deduction laws, and (3) class members in approximately 33 states that do not have wage deduction laws. The allocation established $375 for each work month as a minimum for the claimants in group one, $126.28 for group two, and $75 for group three. That is a ratio of 5 to 1.68 to 1. The ratio among the three groups is a reflection of the relative legal strengths of the claims in those three groups of states.

      The mathematical error which was discovered and has been corrected does <u>not</u> impact the <u>ratio</u> among the three groups of claimants. Rather, the error was an across-the-board mathematical error which affected all of the claimants' individual claims, but did not alter the claims information as to each of the <u>groups.</u> The corrections made were "per work month" for all claimants individually, regardless of their state. Hence, although the total claims of all of the claimants were increased, the ratios of the claimants in the three groups of states were not impacted. And as long as there was no impact on the ratios among the three groups, any change in the total claims would not alter the allocation formula.

      Class counsel have calculated that the changes in the settlement agreement will not decrease the minimum cash returns stated in the original allocation formula, unless the amount of actual claims in California exceed 90%, and the actual non California claims exceed 73.8%. Those are extremely high percentages of actual claims in such a large nationwide class action. In the <u>UPS</u> case the actual rates of claims were 84% for California, and 63% for the rest of the country. So it appears probable that the payments to the three groups of class members will not fall below the minimum payments stated in the proposed allocation formula. However, regardless of the accuracy of that expectation, any change, up or down, in the actual amounts of the payments will not impact the <u>ratio</u> among the three groups. So in either event the method of allocation will not be impacted. The Special Master of course makes no recommendation with respect to the potential dispute between the class and the defendant as to whether defendant should be required to pay the minimums in the event that the claim fund proves insufficient to cover all of the claims actually made.

III

      For the reasons set forth above, and for the reasons stated in the report of April 26, 2007, the Special Master reaffirms the findings stated on page 9 of that report.

The Special Master recommends to the Court that:

1.  The proposed allocation formula defined in the report of April 26, 2007, paragraphs 1-3 of the section "The Proposed Allocation Formula", be found to be fair, reasonable and adequate.

2.  The Court reconfirm its approval of that Proposed Allocation Formula.

3.  The Proposed Allocation Formula continue to be made a part of the settlement terms submitted to the class members.

4.  The Special Master retain jurisdiction to consider any objections to the allocation of the settlement proceeds, as provided in paragraph 2B of the Court's order of February 21, 2007.

Respectfully submitted by Charles A Legge, Special Master appointed under the Order of February 21, 2007.

Dated: August 15, 2007

Hon. Charles A. Legge (Ret.)
Special Master

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: Bahramipour, Guita, et al. vs. Citigroup Global Markets, Inc. aka
Smith Barney
Reference No. 1100050285

I, Melissa Ornstil, not a party to the within action, hereby declare that on August 15, 2007 I served the attached Supplemental Report, Findings and Recommendations of the Special Master on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at San Francisco, CALIFORNIA, addressed as follows:

James F. Clapp Esq.
Dostart, Clapp, Sterrett & Coveney
4370 La Jolla Village Dr.
Suite 970
San Diego, CA 92122

Chris A. Hollinger Esq.
O'Melveny & Myers LLP
275 Battery St.
Suite 2500
San Francisco, CA 94111

Jeffrey R. Smith Esq.
Smith & Brown
P.C.
2223 Avenida De La Playa
La Jolla, CA 92037 USA

I declare under penalty of perjury the foregoing to be true and correct. Executed at San Francisco, CALIFORNIA on August 15, 2007.

Melissa Ornstil
JAMS The Resolution Experts
melissaornstil@jamsadr.com

PROOF OF SERVICE

       I am employed in the county of San Diego, State of California. I am over the age of eighteen and am not a party to this case. I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is: DOSTART CLAPP GORDON & COVENEY, LLP, 4370 La Jolla Village Dr., Ste. 970, San Diego, CA 92122.

       On August 17, 2007, I served the foregoing document(s) described as:

•     NOTICE OF FILING SUPPLEMENTAL SPECIAL MASTER'S REPORT

on the interested parties in this action addressed to the addressee as follows:

Chris A. Hollinger, Esq.
Christopher T. Scanlan, Esq.
O'MELVENY & MYERS LLP
275 Battery Street, 26th floor
San Francisco, CA 94111-3306
Email: chollinger@omm.com
          cscanlan@omm.com

Framroze M. Virjee, Esq.
Adam P. Kohsweeney, Esq.
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Email: fvirjee@omm.com
          akohsweeney@omm.com

Mark Thierman, Esq.
THIERMAN LAW FIRM
7287 Lakeside Dr.
Reno, NV 89511-7652
Email: laborlawyer@pacbell.net

H. Tim Hoffman, Esq.
Arthur W. Lazear, Esq.
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Email: hth@hoffmanandlazear.com
          awl@hoffmanandlazear.com

John M. Kelson, Esq.
LAW OFFICES OF JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, CA 94612
Email: kelsonlaw@sbcglobal.net

☒     (BY E-FILE) and causing a true copy thereof to be filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____

| | |
|---|---|
| Jeffrey G. Smith, Esq.<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, New York 10016 | Jerry K. Cimmet, Esq.<br>177 Bovet Road Ste 600<br>San Mateo, CA 94402-3122 |
| Edward P. D'Alessio, Esq.<br>WINNE, BANTA, HETHERINGTON, BARALIAN & KAHN, P.C.<br>21 Main Street, P.O. Box 647<br>Hackensack, NJ 07602-0647 | Max Folkenflik, Esq.<br>FOLKENFLIK & MCGERITY<br>1500 Broadway, 21st floor<br>New York, NY 10036 |
| Shannon Liss-Riordan, Esq.<br>PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.<br>18 Tremont Street, Ste. 500<br>Boston, MA 02108 | Bruce M. Nagel, Esq.<br>NAGEL RICE, LLP<br>103 Eisenhower Parkway<br>Roseland, NJ 07068 |

☒   (BY UNITED STATES POSTAL SERVICE) and placing a true copy thereof in a sealed envelope and personally placing such envelope with postage fully prepaid for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices. I further declare that I am readily familiar with our business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

Executed on August 17, 2007, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

_____
TERI L. ZAAYER