**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUITA BAHRAMIPOUR, AUSTIN HEBERGER, JR., and JANELLA HAIRSTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC.,<br><br>Defendant.<br>_____<br>LARRY A. LaVOICE, DONITA A. WILLIAMS, KENNETH W. GLICK, LEWIS SHAPIRO, and FRANCIS P. HEATH, MARK BRAHNEY, TERRY FOX, KEITH GILLMAN, STEVEN KOLODNER, ANGELO MASSARO, RONALD ROSENZWEIG, ROBERT SCRABIS, and JOSEPH BLOOD, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC.<br><br>Defendant. | Case No. C 04-04440 CW<br>Case No. C 07-801 CW<br><br>**STIPULATION AND [PROPOSED] ORDER APPROVING FORM OF SUMMARY NOTICE FOR PUBLICATION IN <u>WALL STREET JOURNAL</u>**<br><br>Hon. Claudia Wilken |

1    The Class Representatives and defendant Smith Barney, a division of Citigroup Global
2    Markets Inc., ("CGMI"), by and through the undersigned counsel, hereby stipulate as follows:
3    WHEREAS, Section VIII.C.2 of the "Joint Stipulation of Class Action Settlement and
4    Release" (Docket No. 52 in Case No. 04-4440) provides that the Claims Administrator will
5    publish a copy of the "Notice of Class Action Settlement" ("Notice") in the Wall Street Journal or
6    similar national publication as may be ordered by the Court;
7    WHEREAS, the Claims Administrator has advised the parties that it would be
8    prohibitively expensive to publish the entire Notice (which consists of seven 8.5 x 11 inch pages)
9    in the Wall Street Journal without reducing the font size to such an extent that the Notice would
10   be very difficult to read and likely unhelpful to potential class members;
11   WHEREAS, the parties agree that the better course is to publish a summary notice
12   ("Summary Notice") in the Wall Street Journal, which would notify potential class members
13   about the settlement, the relevant deadlines, and direct them to call the Claims Administrator's
14   toll-free telephone number for a complete copy of the Notice and accompanying documents;
15   WHEREAS, the parties have agreed on the form of the Summary Notice attached hereto
16   as Exhibit 1;
17   NOW THEREFORE, subject to the Court's approval, the parties agree as follows:
18   1.    The Claims Administrator will publish the Summary Notice attached as Exhibit 1
19   in the Wall Street Journal in lieu of the entire Notice, and such publication will satisfy Section
20   VIII.C.2 of the Joint Stipulation of Class Action Settlement and Release.
21   IT IS SO STIPULATED.
22   Dated: September 13, 2007            DOSTART CLAPP GORDON & COVENEY, LLP
23
24                                        ___/S/_____
                                          JAMES F. CLAPP
25                                        Co-Lead Class Counsel
26   Dated: September 13, 2007            O'MELVENY & MYERS LLP
27
                                          ___/S/_____
28                                        CHRIS A. HOLLINGER
                                          Attorneys for Defendant

2

## ORDER

The Court hereby approves the form of Summary Notice attached as Exhibit 1 hereto and directs the Claims Administrator to promptly publish the Summary Notice in the <u>Wall Street Journal</u>.  Publication of the Summary Notice shall constitute compliance with Section VIII.C.2 of the Joint Stipulation of Class Action Settlement and Release.

Dated: 9/17/07

*/s/ Claudia Wilken*
HON. CLAUDIA WILKEN
U.S. District Court Judge