# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUITA BAHRAMIPOUR, AUSTIN HEBERGER, JR., and JANELLA HAIRSTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC.,<br><br>Defendant. | Case No. C 04-04440 CW<br>Case No. C 07-801 CW<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PAYMENT OF LATE CLAIMS**<br><br>Hon. Claudia Wilken |
| LARRY A. LaVOICE, DONITA A. WILLIAMS, KENNETH W. GLICK, LEWIS SHAPIRO, and FRANCIS P. HEATH, MARK BRAHNEY, TERRY FOX, KEITH GILLMAN, STEVEN KOLODNER, ANGELO MASSARO, RONALD ROSENZWEIG, ROBERT SCRABIS, and JOSEPH BLOOD, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>CITIGROUP GLOBAL MARKETS INC., formerly known as SALOMON SMITH BARNEY, INC.<br><br>Defendant. | |

1   This Stipulation and Proposed Order Allowing Payment of Late Claims is entered into
2   between the Class Representatives and Citigroup Global Markets Inc. ("CGMI"), by and through
3   their respective counsel:
4   **WHEREAS**, on March 18, 2008, the Court granted final approval of the class action
5   settlement, and on March 21, 2008, the Court entered judgment thereon;
6   **WHEREAS**, in its March 18, 2008 order, the Court expressly retained jurisdiction for the
7   purpose of addressing matters relating to the administration of the settlement (see Bahramipour
8   Docket No. 120, page 6, para. 9.);
9   **WHEREAS**, a total of three hundred twenty-eight (328) class members, whose names are
10  listed in Exhibit A to this Stipulation (referred to herein as the "Late Claimants"), have submitted
11  claim forms after the November 6, 2007 claim filing deadline;
12  **WHEREAS**, the Class Representatives and Class Counsel are satisfied that the Late
13  Claimants have shown excusable neglect for failing to submit their claims by the deadline,
14  pursuant to In re Orthopedic Bone Screw Prod. Liab. Litig., 246 F.3d 315, 321 (3d Cir. 2001), and
15  CGMI takes no position with respect to same;
16  **WHEREAS**, the parties have agreed to pay as soon as reasonably possible the claims of
17  all class members who filed their claims on or before the November 6, 2007 filing deadline
18  (referred to herein as the "Timely Claimants"), and then pay the Late Claimants pursuant to the
19  terms of this Stipulation and Proposed Order (assuming this Court approves same);
20  **WHEREAS**, CGMI has no objection to allowing payment to the Late Claimants,
21  provided that it is accomplished through the procedure set out herein; and
22  **NOW THEREFORE**, subject to the Court's approval of this stipulation, the parties
23  hereby agree as follows:
24  1.   The Claims Administrator shall pay the claims of the Timely Claimants as soon as
25  reasonably possible. In calculating the payments to the Timely Claimants, the Claims
26  Administrator shall assume that the claims of the Late Claimants will be paid pursuant to this
27  Stipulation and [Proposed] Order and set aside sufficient funds to pay the claims of the Late
28  Claimants.

2

2. The claims of the Late Claimants listed in Exhibit A are allowed. The payment to the Late Claimants shall occur no earlier than: (i) the day the time to appeal or seek permission to appeal or seek other judicial review of the entry of the Order attached hereto has expired, with no appeal or other judicial review having been taken or sought; or (ii) if an appeal or other judicial review has been taken or sought, the date the Order is finally affirmed or the appeal or request for judicial review has been dismissed, with no possibility of subsequent appeal or other judicial review therefrom.

3. If the Court does not enter the Order attached hereto, or if an appellate court rules in an appeal or other appellate proceeding that the claims of the Late Claimants should not be paid, then the parties will submit another proposed order providing that the funds that have been held back to pay the Late Claimants shall be redistributed on a pro rata basis to the Timely Claimants.

**IT IS SO STIPULATED:**

Dated: June 18, 2008

DOSTART CLAPP GORDON & COVENEY, LLP
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

/s/
James F. Clapp
Co-Lead Class Counsel

Dated: June 18, 2008

O'MELVENY & MYERS LLP
Framroze M. Virjee
Chris A. Hollinger

/s/
Chris A. Hollinger
Attorneys for Defendant

## ~~[PROPOSED]~~ ORDER

Having reviewed and considered the above Stipulation between the Class Representatives and CGMI, the Court orders as follows:

1. The Claims Administrator shall pay the claims of the Timely Claimants as soon as reasonably possible. In calculating the payments to the Timely Claimants, the Claims Administrator shall assume that the claims of the Late Claimants will ultimately be paid pursuant to this Order and set aside sufficient funds to pay the claims of the Late Claimants.

2. The claims of Late Claimants listed in Exhibit A are allowed. The payment to the Late Claimants shall occur no earlier than: (i) the day the time to appeal or seek permission to appeal or seek other judicial review of the entry of the Order attached hereto has expired, with no appeal or other judicial review having been taken or sought; or (ii) if an appeal or other judicial review has been taken or sought, the date the Order is finally affirmed or the appeal or request for judicial review has been dismissed, with no possibility of subsequent appeal or other judicial review therefrom.

**IT IS SO ORDERED.**

Dated: 7/1/08

HON. CLAUDIA WILKEN
United States District Court Judge

EXHIBIT A

|    | **FIRST NAME** | **LAST NAME** |
|----|----------------|---------------|
| 1  | ANDRE V        | ABUCHAM       |
| 2  | ALTIN          | ALIMEHMETI    |
| 3  | GEORGE         | ALLEN         |
| 4  | BRENDA         | ALOSIO        |
| 5  | DAVID D        | ALSPACH       |
| 6  | MARAH          | ANDERSON      |
| 7  | MICHAEL L      | ANTHONY       |
| 8  | JEFF D         | ANTONIOTTI    |
| 9  | KENNETH J      | ARELLANO      |
| 10 | HOWARD J       | ASHLOCK       |
| 11 | MICHAEL B      | BANTA         |
| 12 | STEPHEN M      | BANTA         |
| 13 | MARK D         | BANTA         |
| 14 | TROY M         | BARNES        |
| 15 | STEVE J        | BARTOS        |
| 16 | DONALD         | BATEMAN       |
| 17 | JAMES M        | BELKNAP       |
| 18 | ELENA          | BELLIZZI      |
| 19 | ROBERT A       | BIERNAT       |
| 20 | ROBERT         | BLATT         |
| 21 | MARK H         | BOERSMA       |
| 22 | DENISE ANN     | BOFFOLI       |
| 23 | JOHN H         | BORST         |
| 24 | DWAYNE T       | BRADFORD      |
| 25 | PAUL G         | BRENNAN       |
| 26 | PATRICK M      | BRODERICK     |
| 27 | TAYLOR E       | BROWMAN       |
| 28 | DALE J         | BROWN         |
| 29 | JASON DEVON    | BROWN         |
| 30 | WILLIAM C      | BROWN JR      |
| 31 | LAURA S        | BRUCE         |
| 32 | KRISTINE A     | BUCHBAND      |
| 33 | STEPHEN R      | BULLARD       |
| 34 | ROGER W        | BYRNE         |
| 35 | GEORGE C       | CABALU        |
| 36 | RANDY L        | CAMPBELL      |
| 37 | FREDERICK F    | CARAMANICO    |
| 38 | CHARLES A      | CARTWRIGHT    |
| 39 | JOSEPH M       | CATALANO      |
| 40 | J ROBERT       | CATALDO       |
| 41 | ROBERT E       | CHANIN        |
| 42 | BRIAN D        | CHASE         |
| 43 | FRANCIS S      | CHIMENTI      |
| 44 | JOHN P         | CHURILLA      |
| 45 | ERIC R         | CIOKAJLO      |
| 46 | TIMOTHY D      | COLLINS       |
| 47 | GARY           | COLLINS       |
| 48 | KLAUDIA A      | CONRADT       |
| 49 | DANIEL E       | CONWAY        |
| 50 | GEORGE T       | COOK          |
| 51 | ANN M          | COOKE         |

| | | |
|---|---|---|
| 52 | BILL R | CORBELL |
| 53 | PAUL W | CORLEY |
| 54 | ROBERT M | COTTER |
| 55 | RYAN W | COX |
| 56 | PETER H | CROSS |
| 57 | COLIN L | CUMBERBATCH |
| 58 | KHALIL | CURI HANNA |
| 59 | JOHN A | DAHIR |
| 60 | BELLA | DANEILO |
| 61 | ALEXANDER B | DAWSON |
| 62 | HERIBERTO | DE LEON |
| 63 | MARY M | DEATHERAGE |
| 64 | CARLO K | DEBLASIO |
| 65 | HAYDEE M | DELGADO |
| 66 | KEVIN P | DEMSHAK |
| 67 | HOWARD ANDERSON | DEMUTH |
| 68 | LISA A | DETANNA |
| 69 | GEORGE A | DEVASSAL |
| 70 | FELICIA G | DI SILVESTRO |
| 71 | THOMAS G | DONAGHY |
| 72 | CHRISTOPHER J | DORSI |
| 73 | TODD C | DUDLEY |
| 74 | ALLISON B | DURFEE |
| 75 | JOHN M | DURKAN |
| 76 | AARON J | DYKAS |
| 77 | JONATHAN | EDELMAN |
| 78 | JENNIFER L | EDWARDS |
| 79 | JONATHAN | EKLIN |
| 80 | LARRY E | EKSTROM |
| 81 | BETH | ELLIOT SCANLAN |
| 82 | MARK R | ENGEL |
| 83 | MICHAEL L | ENGEL |
| 84 | PAUL R | ESSERMAN |
| 85 | THOMAS P | EVICH |
| 86 | LORENE L | FAIRBANKS |
| 87 | ASIF S | FAKRODDIN |
| 88 | MARK K | FARLEY |
| 89 | JOHN C | FERGUSON |
| 90 | BRENDAN E | FINUCANE |
| 91 | MICHAEL H | FISCHER |
| 92 | OSCAR | FLORES DE VALGAZ |
| 93 | WILLIAM R | FRECK |
| 94 | TODD M | FREDIANI |
| 95 | SHAUN B | FREEMAN |
| 96 | ROBERT A | FRIEDMAR |
| 97 | RICHARD R | FULTON |
| 98 | KELLY R | GALLAGHER |
| 99 | CHARLES | GALT |
| 100 | MARTIN J | GANNON |
| 101 | THOMAS M | GASBARRE |
| 102 | IRA | GEWIRTZ |
| 103 | PAUL L | GIBERT JR |

| # | First | Last |
|---|---|---|
| 104 | R PATRICK | GILSON |
| 105 | HARRY | GOFF |
| 106 | RICHARD C | GOMEZ |
| 107 | DIANE M | GONZALES |
| 108 | IVAN G | GORDON |
| 109 | DAVID G | GOTTLIEB |
| 110 | RUSSELL W | GREELEY |
| 111 | MARGARET M | GREER |
| 112 | JILL D | GROSE |
| 113 | G RUSSELL | GUARD |
| 114 | ERIC D | GUSTAFSON |
| 115 | RALPH | HAEBICH |
| 116 | C F CLAFLIN | HALL |
| 117 | BERNADETTE | HARBOUR |
| 118 | ROY THEODORE | HARE JR |
| 119 | SCOTT W | HARLANDER |
| 120 | CLAYTON E | HARTMAN |
| 121 | PHILIP N | HASROUNI |
| 122 | MARIE E | HAWKINS |
| 123 | RICHARD S | HAYNES |
| 124 | DAVID S | HEATH |
| 125 | JOSEPH C | HEBERLE |
| 126 | BRIAN S | HEBERLE |
| 127 | ANDREW A | HECKEL |
| 128 | EUGENE | HEFLIN |
| 129 | DUSTIN R | HELM |
| 130 | WILLIAM K | HENDRIX |
| 131 | MARK D | HERMAN |
| 132 | SANDY | HICKEL CALLAN |
| 133 | JAMES R | HILL |
| 134 | DAVID A | HIRSCH |
| 135 | DOUGLAS D | HODSON |
| 136 | JOHN | HOLLINGSWORTH |
| 137 | MARGARET C | HOLZWORTH |
| 138 | MICHAEL T | HOOD |
| 139 | RANDALL J | HOOPER |
| 140 | PHILIP D | HORN |
| 141 | CHARLES A | HOWELL |
| 142 | REI-CHUNG A | HU |
| 143 | JAIME G | HUFFMAN |
| 144 | MATTHEW S | JANIK |
| 145 | GERALD R | JONES |
| 146 | ANDREW J | JURUN |
| 147 | DONALD W | KELLERMAN JR |
| 148 | STEPHEN P | KELLIHER |
| 149 | JOHN T | KELLY |
| 150 | MATTHEW C | KELLY |
| 151 | MARY ELLEN B | KELLY |
| 152 | CHRISTOPHER P | KELTS |
| 153 | GARY M | KINGHORN |
| 154 | TERRY | KNOTT |
| 155 | EMERSON T | KNOWLES |

| | | |
|---|---|---|
| 156 | DAVID B | KRAATZ |
| 157 | RONALD | LACHINI JR |
| 158 | JON S | LADD |
| 159 | ADAM N | LANDVIK |
| 160 | THOMAS E | LANZA |
| 161 | UYEN T | LE |
| 162 | CYNTHIA S | LEE |
| 163 | BRYAN M | LEE |
| 164 | RYAN M | LENET |
| 165 | FRANCES H | LEVINE |
| 166 | PAUL G | LIEBMAN |
| 167 | ROBERT P | LINARDUCCI |
| 168 | CAROL | LITKA |
| 169 | LISA M | LONDON |
| 170 | FRANK | LOURENSO |
| 171 | JON S | LOWTHER |
| 172 | GEORGE H | LUCKER III |
| 173 | CRAIG R | LUND |
| 174 | JONAH C | LUPTON |
| 175 | BRIAN M | LUSINK |
| 176 | GREGORY J | LUTFY |
| 177 | ROXANA Y | MACHADO |
| 178 | RANDALL P | MACNEILL |
| 179 | HENRY H | MALPARTIDA |
| 180 | PATRICK D | MALZONE |
| 181 | MICHAEL A | MARGIOTTA |
| 182 | CASEY N | MARSH |
| 183 | AMIR D | MARTIN |
| 184 | MICHAEL A | MARTIN |
| 185 | MARGARET W | MAYER |
| 186 | MICHAEL P | MCCARTHY |
| 187 | JOHN L | MCCARTHY |
| 188 | DONALD R | MCKAY |
| 189 | PATRICIA | MCQUESTION |
| 190 | MARSHAL K | MCREAL |
| 191 | KELLY J | MCWATTERS |
| 192 | PETER A | MEIZELS |
| 193 | DANIEL J | MEMO |
| 194 | KENNETH | MIEDEMA |
| 195 | BRANDON J | MINK |
| 196 | BRYAN K | MISAJON |
| 197 | CARMEN M | MONACO |
| 198 | KEVIN M | MONACO |
| 199 | MICHAEL A | MORDENTI |
| 200 | RHONDA J | MORRELL |
| 201 | SHAHMIR | MOUSSAVIARFA |
| 202 | MARK F | MUNSTERMAN |
| 203 | JAMES P | MURRAY |
| 204 | TROY V | NARUM |
| 205 | THOMAS T | NEELY |
| 206 | DAVID | NESBIT |
| 207 | DAVID R | NEWBILL |

| | | |
|---|---|---|
| 208 | EDWARD B | NICHOLS |
| 209 | MARIA ZINZI | NIGRO |
| 210 | MERCEDES M | NUGENT |
| 211 | MERCEDES M | NUGENT |
| 212 | MARK S | O'BRIEN |
| 213 | JANE E | O'BRIEN |
| 214 | PATRICK C | O'CONNOR |
| 215 | S THOMAS | OGDEN |
| 216 | BRIAN C | OLIGER |
| 217 | RICHARD K | OLSON |
| 218 | DAWN D | O'ROURKE |
| 219 | JASON R | PACE |
| 220 | ERIC | PANKALLA |
| 221 | JOSEPH G | PAPEZ |
| 222 | SEUNG-HYUN | PARK |
| 223 | MARC A | PELLISSIER |
| 224 | VICTORIA | PIERCE |
| 225 | ALON S | PLITT |
| 226 | PATRICIA A | POHLIG-AINSLIE |
| 227 | HOWELL S | POSNER |
| 228 | BO L | PRIESKORN |
| 229 | RICHARD L | PRIORE JR |
| 230 | SPIROS | PROTOPSALTIS |
| 231 | ROBERT M | RAINEY III |
| 232 | ALBERT W | RAY III |
| 233 | CHARLES L | RAYMOND III |
| 234 | LAWRENCE R | RICE |
| 235 | WILLIAM Y | RICE III |
| 236 | JILL W | RICHARDSON |
| 237 | SCOTT | RIEMER |
| 238 | KEVIN S | RINGDAHL |
| 239 | JAMES W | RITCHAY JR |
| 240 | JAMES C | RIVARD |
| 241 | PATRICK J | RIVARD |
| 242 | JOSEPH K | ROBINSON |
| 243 | DALE E | ROEHRS |
| 244 | DAVID K | ROGERS |
| 245 | RICHARD L | ROSEN |
| 246 | STEPHEN E | RUDMAN |
| 247 | RONALD L | RUDNICK |
| 248 | LAWRENCE J | RUDOLPH |
| 249 | BRIAN | RYMER |
| 250 | PETER W | SAGE |
| 251 | ERIC J | SALEK |
| 252 | ROBERT S | SCHERER |
| 253 | STEVEN M | SCHWARY |
| 254 | BERNARD A | SEGEL |
| 255 | HOWARD A | SENESCU |
| 256 | DOUGLAS P | SHANK |
| 257 | MELANEY F | SHAUM |
| 258 | WILLIAM V | SIEGEL |
| 259 | WILLIAM P | SLIMBAUGH |

| | | |
|---|---|---|
| 260 | TOMMY L | SMITH |
| 261 | CECIL B | SMITH |
| 262 | SANDRA J | SMITH |
| 263 | JO ANN | SMITH |
| 264 | YACOUB O | SNOBER |
| 265 | STEVEN R | SORENSEN |
| 266 | KENNETH H | SOUTH |
| 267 | KENNETH C | SPELL |
| 268 | LYNN | SPERANDEO |
| 269 | PATRICK | SPOONER |
| 270 | ROBERT H | SPROUL |
| 271 | MARK K | STANDRING |
| 272 | GAYLON C | STANLEY |
| 273 | DAVID B | STEIN |
| 274 | JEROME H | STEINBERGER |
| 275 | LILY Y | STIEL |
| 276 | JOHN P | STILLWAGON |
| 277 | BARRY M | STOCKER |
| 278 | BRIAN S | STRACHAN |
| 279 | ANDREW | STRASSER |
| 280 | GARY R | STREMEL |
| 281 | MONICA A | STRONG |
| 282 | FRANK J | STRUCKI |
| 283 | JEANNIE M | STUBBLEFIELD |
| 284 | ROBERT E | SUCKOW |
| 285 | KATHLEEN P | SULLIVAN |
| 286 | KENNETH E | SULLIVAN |
| 287 | JOHN A | SWINFORD |
| 288 | ROBERT | SZIGETI |
| 289 | VINCENT | TAORMINA |
| 290 | STANFORD D | TAPPAN |
| 291 | KENNETH P | TARRANT |
| 292 | MICHAEL J | TEAGUE |
| 293 | TERI J | TEMPLIN |
| 294 | JOHN C | TEVENAN |
| 295 | STEPHEN L | THACKER |
| 296 | EDWARD A | THOMASCO II |
| 297 | PETER L | THOMSON |
| 298 | CRAIG P | TITUS |
| 299 | VERA I | TORCHILIN |
| 300 | MICHAEL | TOUBIAN |
| 301 | ROBERT J | TRACY |
| 302 | LAWRENCE J | TRAUTMAN |
| 303 | KEREM | TURKEL |
| 304 | LISA A | TURNER |
| 305 | FRANKLIN A | VARALLO |
| 306 | FREDERICK M | WALL |
| 307 | JOHN | WAYMIRE |
| 308 | DENNIS K | WEIDENBUSH |
| 309 | JENNIFER A | WELLINS |
| 310 | KENT L | WELLS |
| 311 | KEVIN E | WESNER |

| | | |
|---|---|---|
| 312 | KENNETH M | WHITE |
| 313 | RONALD B | WHITING JR |
| 314 | MICHAEL D | WILDER |
| 315 | MICHAEL | WILHELM |
| 316 | SUSAN M | WILKINSON |
| 317 | ANTHONY M | WILLIS |
| 318 | DAVID L | WINTERS |
| 319 | DAVID D | WONG |
| 320 | JAMES R | WORDEN |
| 321 | HUI | XU |
| 322 | RALPH E | YANKWITT |
| 323 | CHI H | YI |
| 324 | DOUGLAS L | YOUNG |
| 325 | BRIAN J | ZALEWSKI |
| 326 | KIRA M | ZEVAN |
| 327 | GREGORY J | ZIENOWICZ |
| 328 | MAXMILLIAN F | ZUPON |